BERMINGHAM, Respondent, v. G. H. GERARD, SON & CO., Appellants, et al. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by Edward J. Bermingham against G. H. Gerard, Son & Co., impleaded. F. W. Catlin, for appellants. W. E. Weaver, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, on the ground that the verdict is against the weight of evidence. Order filed.

INGRAHAM and LAUGHLIN, JJ., dissent.

BERNSTEIN, Respondent, v. BAUMANN, Appellant. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Daniel Bernstein, by Henry S. Goodspeed, his guardian ad litem, against Samuel Baumann.

PER CURIAM. Order denying motion to dismiss reversed, with $10 costs and disbursements, upon the ground that statements in defendant's affidavit, uncontroverted or unexplained, show that plaintiff was guilty of unreasonable delay and neglect to proceed with the action, and motion granted, with $10 costs.

BERNSTEIN, Respondent, v. BAUMANN, Appellant. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Pearl Bernstein against Samuel Baumann.

PER CURIAM. Order denying motion to dismiss reversed, with $10 costs and disbursements, upon the ground that statements in defendant's affidavit, uncontroverted or unexplained, show that plaintiff was guilty of unreasonable delay and neglect to proceed with the action, and motion granted, with $10 costs.

BITTERMAN v. WEINSTEIN et al. (Supreme Court, Appellate Division, First Department. January 28, 1910.) Action by Theodore Bitterman against Julius Weinstein and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 120 N. Y. Supp. 401.

BLAIKIE v. POST. (Supreme Court, Appellate Division, First Department. January 14, 1910.) Action by Rebecca S. Blaikie against Franklin Post. No opinion. Motion denied. Order filed.

BLAIR v. NEW YORK TRANSP. CO. (two cases). (Supreme Court, Appellate Division, First Department. December 24, 1909.) Actions by William S. Blair and by Thomas H. Blair against the New York Transportation Company. No opinions. Applications denied, with $10 costs. Orders signed. See, also, 117 N. Y. Supp. 1129.

BLAKE, Appellant, v. SHOEMAKER, Respondent. (Supreme Court, Appellate Division, Third Department. January 14, 1910.) Action by John B. Blake against Emma Shoemaker. No opinion. Motion denied. See, also, 130 App. Div. 891, 114 N. Y. Supp. 1119; 131 App. Div. 919, 115 N. Y. Supp. 1112.

In re BLOCH. (Supreme Court, Appellate Division, Second Department. December 10, 1909.) In the matter of the application of Bernhard Bloch for license and admission to practice as an official examiner of title. No opinion. Application granted, and bond approved.

In re BOROUGH OF BROOKLYN IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) In the matter of acquiring title by the city of New York to certain land and premises situated in the block bounded by Chauncey street, Marion street, Hopkinson avenue, and Rockaway avenue, in the borough of Brooklyn, duly selected according to law for use as a storage yard for the department of highways. No opinion. Motion granted, without costs.

BOSCA, Appellant, v. BROOKLYN, Q. C. & S. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department, December 30, 1909.) Action by Leila S. Bosca against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

BOSKOWITZ v. SULZBACHER. (Supreme Court, Appellate Division, First Department. January 14, 1910.) Action by Jesse L. Boskowitz against Joseph H. Sulzbacher. No opinion. Motion denied, with leave to renew as stated in order. Order filed. See, also, 128 App. Div. 537, 112 N. Y. Supp. 890.

BOWMAN, Respondent, v. FURBER, Appellant, et al. (Supreme Court, Appellate Division, Second Department. January 14, 1910.) Action by Archibald Bowman against Percy N. Furber and others. No opinion. Interlocutory judgment affirmed, with costs. See, also, 119 N. Y. Supp. 1115.

BRADFORD, Appellant, v. HOFFMAN PAPER CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 19, 1910.) Action by Ira A. Bradford against the Hoffman Paper Company. No opinion. Interlocutory judgment affirmed, with costs, with leave to the plaintiff to plead over within 20 days upon payment of the costs of the demurrer and of his appeal.

BRADLEY v. JAECKEL. (Supreme Court, Appellate Division, First Department, January 28, 1910.) Action by William Bradley against Adelbert Jaeckel. No opinion. Motion for stay denied, with $10 costs. Order filed. See, also, 119 N. Y. Supp. 1071.

BRADY, Respondent, v. HUDSON RIVER & E. TRACTION CO., Appellant. (Supreme